IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-2552-JLK-MJW**

**MERLE THOMAS,**

    Plaintiff,

v.

**DAYTON-HUDSON CORPORATION and
THOMAS A. SHAW,**

    Defendant.

## ORDER TO AMEND CASE CAPTION

THIS MATTER having come before the Court pursuant to Plaintiff's Motion to Amend Case Caption and the Court having been advised in the premises,

IT IS HEREBY ORDERED that the case caption in this matter shall be amended to reflect Target Corporation as the defendant corporation instead of Dayton-Hudson Corporation.

DONE THIS 4th DAY OF JANUARY, 2007.

        BY THE COURT:

        *s/John L. Kane*
        JOHN L. KANE, Senior Judge
        United States District Court