IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02552-JLK-MJW

MERLE THOMAS,

    Plaintiff,

v.

TARGET STORES, A DIVISION OF TARGET CORPORATION
AND THOMAS A. SHAW,

    Defendants.

---

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

Kane, J.

THIS MATTER is before me on the parties' *Stipulated Motion To Dismiss, with Prejudice* (Doc. 25). Having reviewed the motion I FIND and ORDER as follows:

1. The *Stipulated Motion to Dismiss, with Prejudice* is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice. Each party is responsible for its own costs and attorney fees. Plaintiff is be responsible for any and all liens, if any.

2. All conferences and deadlines are hereby VACATED.

Dated this  23d  day of January, 2008.

                                   **s/John L. Kane**
                                   SENIOR U.S. DISTRICT JUDGE